IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER D. BRUMETT,
    Plaintiff,

vs.                                          Case No.: 3:07cv448/LAC/EMT

SANTA ROSA COUNTY, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Leave to proceed in forma pauperis has been granted (Doc. 7).  On December 4, 2007, the court issued an order requiring Plaintiff to either submit an amended complaint or file a notice of voluntary dismissal within thirty (30) days (Doc. 9).

    Plaintiff failed to respond to the order; therefore, on January 7, 2008, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 11).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.[1]

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

---

[1] Recently the court's correspondence to Plaintiff has been returned by the postal service as undeliverable, with no forwarding address provided (*see* Docket Entries 8, 10, 12).  Plaintiff has not notified the court of a change of address; indeed, Plaintiff has not filed anything with the court since mid-November 2007 (*see* Doc. 6).

At Pensacola, Florida, this 31st day of January 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636**; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).