IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER D. BRUMETT,
    Plaintiff,

vs.                                      Case No.: 3:07cv448/LAC/EMT

SANTA ROSA COUNTY, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 31, 2008.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 4th day of March, 2008.

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**